Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | RKS Enterprises, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 81-1155858 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 711 Medford Center #269<br>Medford, OR 97504 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jackson | **Location of principal assets, if different from principal place of business** |
| County | 625 Medford Center Medford, OR 97504 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor: RKS Enterprises, Inc.
Case number (*if known*): _____

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B. Check all that apply**
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | RKS Enterprises, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | RKS Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 22, 2023
MM / DD / YYYY

**X** /s/ Karen F. Summers          Karen F. Summers
Signature of authorized representative of debtor          Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Keith Y Boyd          Date  November 22, 2023
Signature of attorney for debtor          MM / DD / YYYY

Keith Y Boyd 760701
Printed name

Keith Y. Boyd, PC
Firm name

724 S Central Ave 106
Medford, OR 97501
Number, Street, City, State & ZIP Code

Contact phone _____          Email address  keith@boydlegal.net

760701 OR
Bar number and State

Fill in this information to identify the case:

Debtor name: RKS Enterprises, Inc.
United States Bankruptcy Court for the: DISTRICT OF OREGON
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas National Carbonation<br>2530 Sever Rd Ste 300<br>Lawrenceville, GA 30043 | Diego Galvez<br>Diego.galvez-sc@airgas.com<br>(833) 605-1777 | Business Debt | | | | $746.00 |
| BRFI Gateway, LLC<br>POB 3577 Dept P<br>Seattle, WA 98124 | Sara Pollard<br>Sara.Pollard@jll.com<br>(458) 210-3474 | Rent | | | | $32,039.00 |
| Cintas<br>2406 Antelope Rd<br>White City, OR 97503 | Mindy Mowery<br>mowerym@cintas.com<br>(541) 474-1300 | Business Debt | | | | $300.00 |
| Comcast<br>POB 60533<br>City of Industry, CA 91716 | Accounts Manager<br>(800) 391-3000 | Utilities | | | | $1,546.00 |
| Firehouse of America, LLC<br>12735 Gran Bay Pkwy W #150<br>Jacksonville, FL 32258 | Shauna Cozzens<br>marjorie.caraway@firehousesubs.com<br>(970) 314-0787 | Business Debt | | | | $212,570.00 |
| Firehouse of America, LLC<br>12735 Gran Bay Pkwy W #150<br>Jacksonville, FL 32258 | Marjorie Caraway<br>marjorie.caraway@firehousesubs.com | Royalty Fees | | | | $21,671.00 |
| Harbor Wholesale<br>3901 Hoqum Bay Rd NE<br>Lacy, WA 98516 | Accounts Manager<br>(360) 754-4484 | Business Debt | | | | $25,468.00 |

| Debtor | RKS Enterprises, Inc. | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Harbor Wholesale<br>3901 Hoqum Bay Rd NE<br>Lacy, WA 98516 | Accounts Manager<br><br>(360) 754-4484 | Business Debt | | | | $5,302.00 |
| Lane County Tax Collector<br>125 E 8th Ave<br>Eugene, OR 97401 | Tax Collector<br><br>(541) 682-4321 | Business Property Tax | | | | $1,089.00 |
| LBG Management Company, LLC<br>POB 1720<br>Claremont, CA 91711 | Brenda Rivera, Manager<br><br>brivera@lbjmgmt.com<br>(909) 731-5266 | Rent | | | | $45,274.00 |
| Liberty Insurance<br>POB 188025<br>Fairfield, OH 45018 | Accounts Manager<br><br>ecliqcommercialdirectbill@libertymutual.com | Insurance | | | | $602.00 |
| NCR<br>864 Springs St NW<br>Atlanta, GA 30308 | Taylor Malone<br><br>(770) 778-0764 | Software Operation | | | | $15,120.00 |
| Pacific Power<br>POB 26000<br>Grants Pass, OR 97526 | Accounts Manager<br><br>bussol@pacificorp.com | Utilities | | | | $1,095.00 |
| Quest Resource Mgmt<br>POB 560261<br>The Colony, TX 75056 | Accounts Manager<br><br>treasury@questrmg.com | Utilities | | | | $768.00 |
| Regence BlueCross<br>POB 1271<br>Portland, OR 97207 | Chrisina Neault<br><br>Chrisina.Neault@regence.com<br>(503) 499-1329 | Insurance | | | | $3,314.00 |
| River Valley Hot Subs, LLC<br>3452 Sugar Grove Ct<br>Simi Valley, CA 93063 | Balwinder Khatra<br><br>khatra74@gmail.com<br>(818) 312-5185 | Loan | | | | $189,000.00 |
| Specialty Capital<br>224 W 35th Street<br>Ste 500 #583<br>New York, NY 10001 | Balwinder Khatra<br><br>support@specialtycapital.com<br>(212) 369-5060 | Merchant Loan | | | | $142,000.00 |
| Spectrum Business<br>POB 7173<br>Pasadena, CA 91109 | Accounts Manager<br><br>(855) 252-0675 | Utilities | | | | $461.00 |

| Debtor | RKS Enterprises, Inc. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration<br>SBA - Portland District Office<br>601 SW 2nd Ave Ste 950<br>Portland, OR 97204-3192 | | Business Loan | | $162,574.00 | $139,040.00 | $69,534.00 |
| United Salad<br>8448 NE 33rd DR<br>Portland, OR 97211 | Teresa Spada, RA<br><br>(503) 288-8300 | Food Products | | | | $2,774.00 |

# United States Bankruptcy Court
## District of Oregon

In re: RKS Enterprises, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for RKS Enterprises, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

November 22, 2023
Date

/s/ Keith Y Boyd
Keith Y Boyd 760701
Signature of Attorney or Litigant
Counsel for RKS Enterprises, Inc.
Keith Y. Boyd, PC
724 S Central Ave 106
Medford, OR 97501
Fax:
keith@boydlegal.net

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy